Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>               Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>               Defendants. | Case No.: 2:21-cv-00350-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT COMMONWEALTH LAND TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 9] AND MOTION FOR FEES AND COSTS [ECF No. 10]**<br><br>**(First Request)** |



Defendant Commonwealth Land Title Insurance Company ("Commonwealth") and Plaintiff The Bank of New York Mellon ("BONY") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 1, 2021, BONY filed its Complaint in the Eighth Judicial District Court, Case No. A-21-830292-C [ECF No. 1-1];
2. On March 1, 2021, Commonwealth filed a Petition for Removal to this Court [ECF No. 1];
3. On March 31, 2021, BONY filed a Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10];
4. Commonwealth's deadline to respond to BONY's Motion for Remand and Motion for Costs and Fees is April 14, 2021;
5. Commonwealth's counsel is requesting an extension until May 6, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
6. Commonwealth requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford it additional time to respond to the legal arguments set forth in BONY's motions;
7. BONY does not oppose the requested extension;
8. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
609057.1

**IT IS SO STIPULATED** that Commonwealth's deadline to respond to BONY's Motion for Remand [ECF No. 9] and Motion for Costs and Fees [ECF No. 10] is hereby extended through and including May 6, 2021.

Dated: April 9, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: */s/-- Sophia S. Lau*
 SCOTT E. GIZER
 SOPHIA S. LAU
 Attorneys for Defendant COMMONWEALTH
 LAND TITLE INSURANCE COMPANY

Dated: April 9, 2021

SINCLAIR BRAUN LLP

By: */s/-Kevin S. Sinclair*
 KEVIN S. SINCLAIR
 Attorneys for Defendant COMMONEALTH
 TITLE INSURANCE COMPANY

Dated: April 9, 2021

WRIGHT FINLAY & ZAK, LLP

By: */s/-Lindsay D. Robbins*
 LINDSAY D. ROBBINS
 Attorneys for Plaintiff THE BANK OF NEW
 YORK MELLON

**IT IS SO ORDERED.**

Dated this __12__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
609057.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                              */s/ D'Metria Bolden*
                                              D'METRIA BOLDEN
                                              An Employee of EARLY SULLIVAN
                                              WRIGHT GIZER & McRAE LLP