1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-3,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; EQUITY TITLE, LLC DBA EQUITY TITLE OF NEVADA; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 2:21-cv-00350-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO EQUITY TITLE'S MOTION TO DISMISS [ECF No. 7]**<br><br>**[Second Request]** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-3 ("BONY") and Defendant Equity Title, LLC dba Equity Title of Nevada ("Equity Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On March 1, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-830292-C [ECF No. 1-1];

2. On March 1, 2021, Defendant Commonwealth Land Title Insurance Company filed a Petition for Removal to this Court [ECF No. 1];

3. On March 22, 2021, Equity Title filed a Motion to Dismiss [ECF No. 7];

4. BONY's deadline to respond to Equity Title's Motion to Dismiss is currently April 12, 2021;

5. BONY's counsel is requesting a twenty-one (21) day extension until Monday, May 3, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow the Parties additional time to discuss a stay of litigation pending several Ninth Circuit appeals in related matters in order to conserve judicial resources;

7. Counsel for Equity Title does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of April, 2021.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York*
*Mellon fka The Bank of New York as Trustee*
*for the Certificateholders of the CWABS, Inc.,*
*Asset-Backed Certificates, Series 2005-3*

DATED this 9th day of April, 2021.

HOLLEY DRIGGS

/s/ Marilyn Fine
Marilyn Fine, Esq.
Nevada Bar No. 5949
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorney for Defendant Equity Title, LLC*
*dba Equity Title of Nevada*

**IT IS SO ORDERED.**

Dated this __12__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT