Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>    Defendants. | Case No.: 2:21-CV-00350-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

  COMES NOW defendant Commonwealth Land Title Insurance Company ("Commonwealth") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

  1.  On March 1, 2021 BONY filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 1, 2021, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Commonwealth's response to BONY's complaint is currently due on April 15, 2021;

4. Counsel for Commonwealth requests a 35-day extension, through and including Thursday, May 20, 2021 for Commonwealth to file its responses to BONY's complaint to afford Commonwealth's counsel additional time to review and respond to BONY's complaint.

5. Counsel for BONY does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Commonwealth, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Commonwealth's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Commonwealth's deadline to respond to the complaint is hereby extended through and including Thursday, May 20, 2021.

Dated: April 8, 2021                          SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    COMMONWEALTH LAND TITLE
    INSURANCE COMPANY

Dated: April 8, 2021                          WRIGHT FINLAY & ZAK, LLP

By:  /s/-Darren T. Brenner
    DARREN T. BRENNER
    Attorneys for Plaintiff
    THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

Dated April 13, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**